

**Christopher Conrad**
27 mins

Still trying to figure out where all these protesters were When officer Shaw was killed in new ken.... not a peep tho!!!!

👍 Like    💬 Comment

👍❤️ 13

**Natalie Vallecorsa**
It's a joke. #backtheblue
24m   Like   Reply   👍❤️ 2

**Antonella Macerelli**
Honestly why don't they arrest them all or shut off their food stamp cards... this is seriously ridiculous... if he was innocent then why run
16m   Like   Reply   ❤️ 1

**Natalie Vallecorsa**
Thankkkk you!!! So innocent that he had an empty chamber on him && was doing community service hours for something he did prior! 🤔
13m   Like   Reply   👍 1

**Antonella Macerelli**

EXHIBIT A

11:36  •ııl 4G



**Christopher Conrad**
27 mins · 👥

*Antonella Macerelli*
**Natalie Vallecorsa** right! If his ass would've stayed planted nobody would've been blocking traffic or rioting and this wouldn't exist... this generation has a lot to learn about what's right and what's wrong... the entire country has everything twisted on how to look at things and honestly I'm tired of surrounding myself with such people 😖

6m   Like   Reply   👍 1

**Natalie Vallecorsa**
Antonella 💯💯💯 couldn't agree anymore!

3m   Like   Reply   👍 1

**Antonella Macerelli**
**Natalie Vallecorsa** the assistance they receive monthly will now pay what the city will be forced to pay from the loss because of rioting... cut their support and the rioting ends 🤗

1m   Like   Reply

Write a comment...   GIF   ☺